IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| ADDISON CARTER and TYRONE BEAVER. | |
| Plaintiffs, | |
| v. | Civil Action No: 6:20-cv-00048 |
| DOMINION ENERGY, INC. et al. | |
| Defendants. | |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) all parties that have appeared in the case hereby notify this Court that they have resolved this matter and move the Court to dismiss this matter with prejudice.

Respectfully submitted,

*/s/ Harris D. Butler III*
Harris D. Butler, III (VSB No. 26483)
Paul M. Falabella (VSB# 81199)
BUTLER CURWOOD, PLC
140 Virginia Street, Suite 302
Richmond, Virginia 23219
Telephone (804) 648-4848
Facsimile (804) 237-0413
Email: harris@butlercurwood.com
         paul@butlercurwood.com

*Counsel for Plaintiffs*

*/s/ J. Clay Rollins*
Jimmy F. Robinson, Jr., Esq.
J. Clay Rollins, Esq.
Bret G. Daniel, Esq.
Ogletree, Deakins, Nash, Smoak & Steward, P.C.

jimmy.robinson@ogletreedeakins.com
clay.rollins@ogletreedeakins.com
bret.daniel@ogletreedeakins.com

*Counsel for Defendants Dominion Energy, Inc., Virginia Electric and Power Company, and William F. Reed*

*/s/ Alison D. Kewer*
Steven D. Brown, Esq.
Alison D. Kewer, Esq.
Isler Dare P.C.
sbrown@islerdare.com
akewer@islerdare.com

*Counsel for Defendants Arc Energy Services, Inc. and Roger D. Phillips, II*

*/s/ Setareh Ebrahimian*
Setareh Ebrahimian, Esq.
Margaret Jacobsen Scheele, Esq. (admitted *pro hac vice*)
Fisher & Phillips LLP
sebrahimian@fisherphillips.com
mscheele@fisherphillips.com

*Counsel for Defendant Christopher Dykes*

*/s/ Liane D. Kozik*
Courtney Malveaux, Esq.
Donald E. English, Jr., Esq. (admitted *pro hac vice*)
Liane D. Kozik, Esq. (admitted *pro hac vice*)
JACKSON LEWIS P.C.
Courtney.Malveaux@jacksonlewis.com
donald.english@jacksonlewis.com
liane.kozik@jacksonlewis.com

*Counsel for Defendants Frenzelit, Inc., Joey Brown, and Tom O'Brien*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of June, 2021, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record.

*/s/ Harris D. Butler, III*